**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6912**

DEVINCHE ALBRITTON,

              Plaintiff - Appellant,

        v.

GENE M. JOHNSON, Director of Virginia Department of
Corrections; JOHN DOE, Virginia Department of Corrections
Health Services Director; DAVID B. EVERETT, Warden of Sussex
II State Prison; MS. WANDA ROLLINS, Sussex II State Prison
Operations Officer and Law Library Supervisor; OFFICER CRIS,
former Sergeant Cris, now Officer Cris; MS. MASSENBURG,
Grievance Coordinator; JANE DOE, The Office Service
Specialist,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (2:07-cv-00356-JBF-FBS)

Submitted: November 18, 2010        Decided: December 1, 2010

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

DeVinche Albritton, Appellant Pro Se. Mark R. Davis, Assistant
Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

DeVinche Albritton appeals the district court's order denying his Fed. R. Civ. P. 60(b)(2) motion for relief from judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Albritton v. Johnson, No. 2:07-cv-00356-JBF-FBS (E.D. Va. filed June 16, 2010; entered June 17, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED